# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/25/16 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ANNA M. GABOR

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:11-21276 TPA

Chapter 13

Document No.: 71

## ORDER OF COURT

AND NOW, this ____25th____ day of ____August____, 2016__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-21276-TPA
Anna M. Gabor                                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: lfin              Page 1 of 2            Date Rcvd: Aug 25, 2016
                            Form ID: pdf900        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2016.
```
db          +Anna M. Gabor,   1100 Oak Avenue,   Turtle Creek, PA 15145-1746
aty         +Joshua I. Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
12990767    +Citifinancial,   PO Box 499,   Hanover, MD 21076-0499
13107340     Duquesne Light Company,   c/o Bernstein Law Firm, P.C.,   Suite 2200, Gulf Tower,
              Pittsburgh, PA  15219
12990769    +ECast Settlement Corporation,   POB 35480,   Newark, NJ 07193-5480
12990770     EMP of Allegheny County LLC,   c/o Escallate,   5200 SR,   North Canton, OH  44720
12990771    +National City Mortgage,   3232 Newark Drive,   Miamisburg, OH 45342-5433
13057395    +RUSHMORE LOAN MANAGEMENT SERVICES,   7515 Irvine Center Drive,   Suite 100,
              Irvine, CA 92618-2930
12990776    +WFS/ Wachovia Dealer,   PO Box 1697,   Winterville, NC 28590-1697
12998458    +Wells Fargo Bank, N.A.,   4137 121st Street,   Urbandale, IA 50323-2310
13023145     Wells Fargo Dealer Services,   PO BOX 19657,   Irvine CA 92623-9657
12990774    +Wells Fargo Financial,   3201 North 4th Ave,   Sioux Falls, SD 57104-0700
12990775    +Wells Fargo Financial Bank,   PO Box 14487,   Des Moines, IA 50306-3487
13080706     eCAST Settlement Corporation, assignee,   of GE Money Bank,   POB 35480,
              Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12990766    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 26 2016 01:12:56     B-Real, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111-9221
12990768    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 26 2016 00:59:51     Duquesne Light,
              Payment Processing Center,   Pittsburgh, PA 15267-0001
13243580    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 26 2016 01:13:23
              East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
              Greenville, SC 29602-0288
12990772    +E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2016 01:12:51     Peach Direct /GEMB,
              PO Box 981439,   El Paso, TX 79998-1439
12990773    +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 26 2016 00:59:37     U. S. Trustee's Office,
              1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Rushmore Loan Management Services
cr              Wells Fargo Bank, N.A et al...
cr              Wells Fargo Dealer Services, Inc.
cr*            +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                 GREENVILLE, SC 29602-0288
13010335*       B-Real, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2016 at the address(es) listed below:
```
              Adam M. Barnes    on behalf of Defendant    Millennium Capital and Recovery Corporation
               abarnes@walshlegal.net, sfijewski@walshlegal.net
              Andrew F Gornall    on behalf of Creditor    Rushmore Loan Management Services
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gary William Short    on behalf of Plaintiff Anna M. Gabor garyshortlegal@gmail.com,
               gwshort@verizon.net
```

```
District/off: 0315-2            User: lfin                  Page 2 of 2                   Date Rcvd: Aug 25, 2016
                                Form ID: pdf900             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Gary William Short   on behalf of Debtor Anna M. Gabor garyshortlegal@gmail.com, gwshort@verizon.net
          Keri P. Ebeck   on behalf of Creditor   Wells Fargo Dealer Services, Inc. kebeck@weltman.com, jbluemle@weltman.com
          Keri P. Ebeck   on behalf of Defendant   Wells Fargo Dealer Services, Inc. kebeck@weltman.com, jbluemle@weltman.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

                                                                                                                        TOTAL: 9